UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMERON WOODWARD<br>Plaintiff,<br>v.<br>INFINITE COMPUTER SOLUTIONS, INC., et al.,<br>Defendants. | Case No. 2:25-cv-09982-CV (ASx)<br>**ORDER GRANTING STIPULATION TO REMAND ACTION**<br>**[DOC. # 21]** |

On August 13, 2026, the Parties filed a Stipulation to Remand the Action to the Los Angeles County Superior Court (the "Stipulation"). Doc. # 21.

The Court, having considered the Parties' Stipulation and good cause having been found, hereby GRANTS the Stipulation and ORDERS as follows:

1. The above-referenced action is hereby remanded to the Superior Court of California, County of Los Angeles.

2. The Clerk shall send a certified copy of this Order to the superior court.

**IT IS SO ORDERED**.

Dated: 9/3/26

Cynthia Valenzuela

HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE